# PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

Invoice #309

Vendor: Hancock Bank
c/o Susan R. Tsimortos
1855 Lakeland Drive, Suite Q-230
Jackson, MS 39216

Service: Payment for construction funds for principal and interest payment on 05/01/09

Amount: $ 380,385.74

Attachment,
if any: See Attached Invoice

Approved
Engineer: _Ronald C. Hoffman_ 4-9-09
                                     Date

Approved
Board: _James G. Jowett_ 4-9-09
                                     Date

Approved
County
Representative: _[signature]_ 4-20-09
                                     Date

Approved Madison    Warnock & Associates, Inc.
County Engineer:
                    By: _[signature]_ 4/20/09
                                     Date

Budget Designation: _____

4/29/09
Pd #322,816.5_
(#205,430.79 to _
+ #117,385.74 to _

#06_

Parkway East
Projection of Needed Cash
Through May Bond Payment

| Cash in Revenue Fund for Bonds | |
|---|---:|
| Beginning Balance | $ 126.59 |
| January 29, 2009 | 31,333.10 |
| February 23, 2009 | 437,424.10 |
| March 24, 2009 | 626,183.28 |
| Interest Added | 7.25 |
| Cash Balance on April 9, 2009 | $ 1,095,074.32 |
| March 2009 collections by county not received by PID | 99,975.57 |
| Total money available with both PID and County April 9, 2009 | $ 1,195,049.89 |

| Cash needed for Bond Payments | |
|---|---:|
| Hancock Principal | $ 795,000.00 |
| Hancock Interest | 574,935.63 |
| Bank First Principal | 90,000.00 |
| Bank First Interest | 115,500.00 |
| Total Cash Requirement for the May 1 2009 bond payments | $ 1,575,435.63 |
| **Cash Still Needed for May 1 payments** | $ (380,385.74) |

Parkway East
Meeting With Bob Montgomery
April 22 2008.

| | |
|---|---:|
| Balance shown at April 9, 2009 Board meeting | $ 380,385.74 |
| Collections since that date: | |
| April 16, 2009 South PID money | 45,277.96 |
| April 20 2009 April Advance payment | 14,170.86 |
| Interest Added | 7.25 |
| | $ 59,456.07 |
| Shortage to take from Construction Funds | $ 320,929.67 |



# MONTGOMERY McGRAW COLLINS & O'CAIN, PLLC
## ATTORNEYS AT LAW
3350 NORTH LIBERTY STREET, SUITE A
POST OFFICE BOX 1039
CANTON, MISSISSIPPI 39046

DATE: April 22, 2009

TIME:

Client #/Matter #:

TELEPHONE:
(601) 859-3616

FACSIMILE:
(601) 859-3622

TO: Susan R. Tsimortos          FAX NO.: 601-368-9457

FROM: Bob Montgomery

Document Transmitted: P'way East figures

Original to Follow:    Yes ____    No  X

Instructions to Receiver:

Transmitted by: Susan          Consisting of 2 pages (including this page)

This Facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY P
and which is intended only for the use of the Addressee(s) named below. If you
intended recipient of this Facsimile, or the employee or agent responsible for deliver
intended recipient, you are hereby notified that any dissemination or copying of thi
is strictly prohibited. If you have received this Facsimile in error, please immediate
by telephone and return the original Facsimile to us at the above address via the
Service. Thank you.