# PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

INVOICE # 225

**Vendor:** Hancock Bank
1855 Lakeland Drive, Suite Q-230
Jackson, MS 39216

**Service:** Interest Payment on Bonds

**Amount:** $6,720.56

**Attachment:**

Pd 11/1/07
DS

| | Signature | Date |
|---|---|---|
| Approved Parkway East Engineer: | Ronald C. [signature] | 11-26-07 |
| Approved County Engineer: | Rudy M. Warnock | 12-12-07 |
| Approved Board: | James D. Lowe III | 11-26-07 |
| Approved County Representative: | [signature] | 12-18-07 |

HB-0783