## PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

Invoice #281

Vendor: Hancock Bank
P.O. Box 4019
Gulfport, MS 39502

Service: Special Assessment Bonds, Series 2005

Amount: $574,935.63

Attachment,
if any: See Attached Invoice

Approved
Engineer: _Ronald C Methu_ 9-22-08
Date

Approved
Board: _James A Puvett_ 9-22-08
Date

Approved
County
Representative: _[signature]_ 10-3-08
Date

Approved Madison   Warnock & Associates, Inc.
County Engineer:
By: _[signature]_ 10/2/08
Date

Budget Designation: _____

$71,253.93 — ▮ 005
$503,681.70 — ▮ 004

HB-01038



# Hancock Bank.

INVOICE

CORPORATE TRUST DEPARTMENT

09/04/08

PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT
P. O. BOX 1039
CANTON, MS 39046


Re: PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT
    SPECIAL ASSESSMENT BONDS, SERIES 2005
    DATED JULY 1, 2005 ($27,770,000)

    PARKWAY705

FOR DEBT SERVICE PAYMENT DUE:    11/01/08

*****FUNDS ARE DUE 3 BUSINESS DAYS PRIOR TO PAYMENT DATE*****

```
                    PRINCIPAL DUE:  $              0.00
                     INTEREST DUE:  $         574,935.63
                                       _____

              TOTAL DEBT SERVICE DUE:  $         574,935.63
```

BY CHECK:

HANCOCK BANK CORP TRUST
ATTN: SUSAN TSIMORTOS
THE QUARTER SPECIALTY CENTER
1855 LAKELAND DR STE Q230
JACKSON, MS 39216

BY WIRE:

HANCOCK BANK
ATTN:   SUSAN R. TSIMORTOS
ABA# 065400153  Acct [Redacted]0924
REF:   06898