# PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

Invoice #309

Vendor: Hancock Bank
c/o Susan R. Tsimortos
1855 Lakeland Drive, Suite Q-230
Jackson, MS 39216

Service: Payment for construction funds for principal and interest payment on 05/01/09

Amount: $ 380,385.74

Attachment,
if any: See Attached Invoice

Approved
Engineer: _Ronald C. Hutchins_ 4-9-09
Date

Approved
Board: _James A. Dowett_ 4-9-09
Date

Approved
County
Representative: _[signature]_ 4-20-09
Date

Approved Madison
County Engineer: Warnock & Associates, Inc.

By: _[signature]_ 4/20/09
Date

Budget Designation: _____

4/29/09
Pd #322,816.53
(#205,430.79 to ■
+ #117,385.74 to ■

Parkway East
Projection of Needed Cash
Through May Bond Payment

Cash in Revenue Fund for Bonds
Beginning Balance                                                                    $         126.59
January 29, 2009                                                                           31,333.10
February 23, 2009                                                                         437,424.10
March 24, 2009                                                                            626,183.28
Interest Added                                                                                  7.25

Cash Balance on April 9, 2009                                                       $ 1,095,074.32

March 2009 collections by county not received by PID                                     99,975.57

Total money available with both PID and County April 9, 2009                        $ 1,195,049.89

Cash needed for Bond Payments
Hancock Principal                                                                    $    795,000.00
Hancock Interest                                                                          574,935.63
Bank First Principal                                                                       90,000.00
Bank First Interest                                                                       115,500.00

Total Cash Requirement for the May 1 2009 bond payments                             $ 1,575,435.63

**Cash Still Needed for May 1 payments**                                             $   (380,385.74)

**HB-01460**

Parkway East
Meeting With Bob Montgomery
April 22 2008.

| | |
|---|---:|
| Balance shown at April 9, 2009 Board meeting | $ 380,385.74 |
| Collections since that date: | |
| April 16, 2009 South PID money | 45,277.96 |
| April 20 2009 April Advance payment | 14,170.86 |
| Interest Added | 7.25 |
| | $ 59,456.07 |
| Shortage to take from Construction Funds | $ 320,929.67 |

**HB-01461**