# PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

INVOICE # 225

Vendor:     Hancock Bank
            1855 Lakeland Drive, Suite Q-230
            Jackson, MS  39216

Service:    Interest Payment on Bonds

Amount:     $6,720.56

Pd 11/1/07
DS

Attachment:

Approved Parkway
East Engineer:     _Ronald C. McPhail_          Date _11-26-07_

Approved County
Engineer:          _Rudy M. Warnock_ JWG       Date _12-12-07_

Approved Board:    _James A. Lowe III_          Date _11-26-07_

Approved County
Representative:    _____    Date _12-18-07_

HB-0783