# PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

Invoice #377

Vendor: Hancock Bank
P.O. Box 4019
Gulfport, MS 39502

Service: Special Assessment Completion Bonds, Series 2008A
Parkway East Completion Project
Dated May 1, 2008

Amount: $54,188.75

Attachment,
if any: See Attached Invoice

Approved
Engineer: _Ronald C. [signature]_ 9-28-10
Date

Approved
Board: _Thom [signature]_ 9/28/2010
Date

Approved
County
Representative: _[signature]_ 9-30-10
Date

Approved Madison   Warnock & Associates, Inc.
County Engineer:
By:_____
Date

Budget Designation: _____

*[handwritten notes:]* did not pay from '08 Com. Fd. from bond Fd. 9368 to 9493 (Dift.) paid from '08 Dbt. Serv. Fd.



INVOICE

CORPORATE TRUST DEPARTMENT

08/30/10

PARKWAY EAST PID
% MR. BOB MONTGOMERY
P O BOX 1039
CANTON MS 39046

Re: PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT
SPECIAL ASSESSMENT COMPLETION BONDS,
SERIES 2008A (PARKWAY EAST COMPLETION
PROJECT) DATED MAY 1, 2008

PARKWAY08A

FOR DEBT SERVICE PAYMENT DUE:     11/01/10

*****FUNDS ARE DUE 3 BUSINESS DAYS PRIOR TO PAYMENT DATE*****

|  |  |  |
|---|---|---|
| PRINCIPAL DUE: | $ | 0.00 |
| INTEREST DUE: | $ | 54,188.75 |
| TOTAL DEBT SERVICE DUE: | $ | 54,188.75 |

BY CHECK:

HANCOCK BANK CORP TRUST
ATTN:  SUSAN TSIMORTOS
THE QUARTER SPECIALTY CENTER
1855 LAKELAND DR STE Q230
JACKSON, MS 39216

BY WIRE:

HANCOCK BANK
ATTN:    SUSAN R TSIMORTOS
ABA# ▮▮▮▮▮    Acct # ▮▮▮▮▮
REF:  06904

Post Office Box 4019 • Gulfport, MS 39502
1-800-522-6542 • hancockbank.com


Member FDIC

# PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

Invoice #376

Vendor: Hancock Bank
P.O. Box 4019
Gulfport, MS 39502

Service: Special Assessment Bonds, Series 2005
Dated July 1, 2005 ($27,770.00)

Amount: $548,480.63

Attachment,
if any: See Attached Invoice

Approved
Engineer: _Ronald C. Hilton_ 9-28-10
Date

Approved
Board: _Thomas P Wiley_ 8/28/2010
Date

Approved
County
Representative: _____

Approved Madison   Warnock & Associates, In
County Engineer:
By: _____

Budget Designation: _____

*Handwritten notes:*
requisition funds from construction
total debt service less revenue funds.
how much is drawn? (Nothing drawn from Const Fd)
From 9368 to 9377



# Hancock Bank.

INVOICE

CORPORATE TRUST DEPARTMENT

08/30/10

PARKWAY EAST PID
% MR. BOB MONTGOMERY
P O BOX 1039
CANTON MS 39046

Re: PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT
    SPECIAL ASSESSMENT BONDS, SERIES 2005
    DATED JULY 1, 2005 ($27,770,000)

   PARKWAY705

FOR DEBT SERVICE PAYMENT DUE:    11/01/10

*****FUNDS ARE DUE 3 BUSINESS DAYS PRIOR TO PAYMENT DATE*****

|  |  |  |
|---|---|---|
| PRINCIPAL DUE: | $ | 0.00 |
| INTEREST DUE: | $ | 548,480.63 |
| TOTAL DEBT SERVICE DUE: | $ | 548,480.63 |

BY CHECK:

HANCOCK BANK CORP TRUST
ATTN:  SUSAN TSIMORTOS
THE QUARTER SPECIALTY CENTER
1855 LAKELAND DR STE Q230
JACKSON, MS 39216

BY WIRE:

HANCOCK BANK
ATTN:    SUSAN R TSIMORTOS
ABA# ▮▮▮▮▮▮▮   Acct # ▮▮▮▮▮
REF:  06898

