## PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

INVOICE # 225

Vendor: Hancock Bank
1855 Lakeland Drive, Suite Q-230
Jackson, MS 39216

Service: Interest Payment on Bonds

Amount: $6,720.56

Attachment:

Pd 11/1/07
DS

| | | |
|---|---|---|
| Approved Parkway East Engineer: | *signature* | Date 11-26-07 |
| Approved County Engineer: | *signature* | Date 12-12-07 |
| Approved Board: | *signature* | Date 11-26-07 |
| Approved County Representative: | *signature* | Date 12-18-07 |

HB-0783