# PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

Invoice #281

Vendor: Hancock Bank
P.O. Box 4019
Gulfport, MS 39502

Service: Special Assessment Bonds, Series 2005

Amount: $574,935.63

Attachment,
if any: See Attached Invoice

Approved
Engineer: _Ronald C Metho_ 9-22-08
                                          Date

Approved
Board: _James A Bruette_ 9-22-08
                                          Date

Approved
County
Representative: _[signature]_ 10-3-08
                                          Date

Approved Madison    Warnock & Associates, Inc.
County Engineer:
                        By: _[signature]_ 10/2/08
                                        Date

Budget Designation: _____

$71,253.93 — ███ 005
$503,681.70 — ███ 004

HB-01038



# Hancock Bank.

INVOICE

CORPORATE TRUST DEPARTMENT

09/04/08

PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT
P. O. BOX 1039
CANTON, MS 39046

Re: PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT
SPECIAL ASSESSMENT BONDS, SERIES 2005
DATED JULY 1, 2005 ($27,770,000)

PARKWAY705

FOR DEBT SERVICE PAYMENT DUE:   11/01/08

*****FUNDS ARE DUE 3 BUSINESS DAYS PRIOR TO PAYMENT DATE*****

|  |  |
|---|---:|
| PRINCIPAL DUE: $ | 0.00 |
| INTEREST DUE: $ | 574,935.63 |
| TOTAL DEBT SERVICE DUE: $ | 574,935.63 |

BY CHECK:

HANCOCK BANK CORP TRUST
ATTN: SUSAN TSIMORTOS
THE QUARTER SPECIALTY CENTER
1855 LAKELAND DR STE Q230
JACKSON, MS 39216

BY WIRE:

HANCOCK BANK
ATTN:   SUSAN R. TSIMORTOS
ABA# 065400153 Acct Redacted 0924
REF:   06898