# PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

Invoice #309

Vendor: Hancock Bank
c/o Susan R. Tsimortos
1855 Lakeland Drive, Suite Q-230
Jackson, MS 39216

Service: Payment for construction funds for principal and interest payment on 05/01/09

Amount: $ 380,385.74

Attachment, if any: See Attached Invoice

Approved Engineer: _Ronald C. Hoffman_ 4-9-09

Approved Board: _James G. Dowett_ 4-9-09

Approved County Representative: _[signature]_ 4-20-09

Approved Madison County Engineer: Warnock & Associates, Inc.
By: _[signature]_ 4/20/09

Budget Designation: _____

4/29/09
Pd #322,816.53
($205,430.79 to ▮▮▮)
+ $117,385.74 to ▮▮▮

Parkway East  
Projection of Needed Cash  
Through May Bond Payment

### Cash in Revenue Fund for Bonds

| | |
|---|---:|
| Beginning Balance | $ 126.59 |
| January 29, 2009 | 31,333.10 |
| February 23, 2009 | 437,424.10 |
| March 24, 2009 | 626,183.28 |
| Interest Added | 7.25 |
| Cash Balance on April 9, 2009 | $ 1,095,074.32 |
| March 2009 collections by county not received by PID | 99,975.57 |
| Total money available with both PID and County April 9, 2009 | $ 1,195,049.89 |

### Cash needed for Bond Payments

| | |
|---|---:|
| Hancock Principal | $ 795,000.00 |
| Hancock Interest | 574,935.63 |
| Bank First Principal | 90,000.00 |
| Bank First Interest | 115,500.00 |
| Total Cash Requirement for the May 1 2009 bond payments | $ 1,575,435.63 |
| **Cash Still Needed for May 1 payments** | $ (380,385.74) |

**HB-01460**

Parkway East
Meeting With Bob Montgomery
April 22 2008.

| | |
|---|---:|
| Balance shown at April 9, 2009 Board meeting | $ 380,385.74 |
| Collections since that date: | |
| April 16, 2009 South PID money | 45,277.96 |
| April 20 2009 April Advance payment | 14,170.86 |
| Interest Added | 7.25 |
| | $ 59,456.07 |
| Shortage to take from Construction Funds | $ 320,929.67 |

**HB-01461**