

# ARTHUR JOHNSTON
MADISON COUNTY CHANCERY CLERK
P. O. BOX 404
CANTON, MS 39046
JOHNSTON@MADISON-CO.COM

PHONE 601-855-5526                                      FAX 601-855-5759

April 4, 2011

Mr. Bob Montgomery, Esq.
Montgomery McGraw & Collins, PLLC
P. O. Box 1605
Canton, MS 39046

    RE:    Parkway East Invoices

Dear Bob:

Please be advised that the Madison County Board of Supervisors approved invoice no. 399 and invoice no. 400 on condition that all unrestricted funds available to the District are applied to the May, 2011 bond payment **for the 2005 Series**. The Board also approved invoice nos. 396-398 as submitted.

Should you have any questions, please do not hesitate to call.

Sincerely,

Arthur Johnston
Chancery Clerk

AJ/cp

Enclosures

cc:    Eric Hamer, Esq.



# PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

Invoice #400

Vendor: Hancock Bank Corp. Trust Dept.
The Quarter Specialty Center
1855 Lakeland Drive, Suite Q230
Jackson, MS 39216

Service: Special Assessment Completion Bonds, Series 2008A
Dated May 1, 2008

Amount: $149,188.75

Attachment, See Attached Invoice
if any:

Approved
Engineer: _____
                                    Date

Approved
Board: _____Thomas P Wily_____ __3/30/2011__
                                    Date

Approved
County
Representative: _____[signature]_____ __4/4/11__
                                    Date

Approved -
Subject to conditions
set forth by Board of
Supervisors 4/4/11

Approved Madison    Warnock & Associates, Inc.
County Engineer:
                By: _____[signature]_____ __4/4/11__
                                    Date

Budget Designation: _____

INVOICE

CORPORATE TRUST DEPARTMENT

03/04/11

PARKWAY EAST PID
% MR. BOB MONTGOMERY
P O BOX 1039
CANTON MS 39046

Re: PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT
SPECIAL ASSESSMENT COMPLETION BONDS,
SERIES 2008A (PARKWAY EAST COMPLETION
PROJECT) DATED MAY 1, 2008

PARKWAY08A

FOR DEBT SERVICE PAYMENT DUE:   05/01/11

*****FUNDS ARE DUE 3 BUSINESS DAYS PRIOR TO PAYMENT DATE*****

|  |  |
|---|---|
| PRINCIPAL DUE: $ | 95,000.00 |
| INTEREST DUE: $ | 54,188.75 |
| TOTAL DEBT SERVICE DUE: $ | 149,188.75 |

BY CHECK:

HANCOCK BANK CORP TRUST
ATTN: SUSAN TSIMORTOS
THE QUARTER SPECIALTY CENTER
1855 LAKELAND DR STE Q230
JACKSON, MS 39216

BY WIRE:

HANCOCK BANK
ATTN:   SUSAN R TSIMORTOS
ABA#            Acct #
REF:   06904

# PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT

Invoice #399

Vendor: Hancock Bank Corp. Trust Dept.
The Quarter Specialty Center
1855 Lakeland Drive, Suite Q230
Jackson, MS 39216

Service: Special Assessment Bonds, Series 2005
Dated July 1, 2005 ($27,770,000.00)

Amount: $1,398,480.63

Attachment, See Attached Invoice
if any:

Approved
Engineer: _____
Date

Approved
Board: _Thomas M Wiley_ 3/30/2011
Date

Approved
County
Representative: _[signature]_ 4/4/11
Date

Approved —
Subject to conditions
set forth by Board of
Supervisors 4/4/11

Approved Madison Warnock & Associates, Inc.
County Engineer:
By: _[signature]_ 4/9/11
Date

Budget Designation: _____

INVOICE

CORPORATE TRUST DEPARTMENT

03/04/11

PARKWAY EAST PID
% MR. BOB MONTGOMERY
P O BOX 1039
CANTON MS 39046

Re: PARKWAY EAST PUBLIC IMPROVEMENT DISTRICT
    SPECIAL ASSESSMENT BONDS, SERIES 2005
    DATED JULY 1, 2005 ($27,770,000)

PARKWAY705

FOR DEBT SERVICE PAYMENT DUE:    05/01/11

*****FUNDS ARE DUE 3 BUSINESS DAYS PRIOR TO PAYMENT DATE*****

                      PRINCIPAL DUE:  $        850,000.00
                      INTEREST DUE:   $        548,480.63
                                              ------------
                 TOTAL DEBT SERVICE DUE: $    1,398,480.63

BY CHECK:                                BY WIRE:

HANCOCK BANK CORP TRUST                  HANCOCK BANK
ATTN: SUSAN TSIMORTOS                    ATTN:  SUSAN R TSIMORTOS
THE QUARTER SPECIALTY CENTER             ABA#  ▇▇▇▇▇▇   Acct # ▇▇▇▇
1855 LAKELAND DR STE Q230                REF:  06898
JACKSON, MS 39216